## Klump *v.* Lycoming County Board of Elections et al., Appellants.

Argued January 17, 1969. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*John B. Campana,* City Solicitor, with him *Campana & Campana,* for appellants.

*John C. Youngman, Jr.,* with him *Candor, Youngman, Gibson & Gault,* for appellees.

OPINION PER CURIAM, April 23, 1969:
Decree affirmed, at appellants' costs.